**BAILEY DUQUETTE P.C.**
Hozaifa Y. Cassubhai, No. 147452017
66 Elm Street, Suite 2
Westfield, NJ 07090
Telephone: (908) 315-0253
hozaifa@baileyduquette.com

**ARETE LAW GROUP PLLC**
Jeremy E. Roller, Washington State Bar No. 32021
*Pro Hac Vice Motion Forthcoming*
600 University Street, Suite 2420
Seattle, WA 98101
Telephone: (206) 428-3250
jroller@aretelaw.com

*Attorneys for EVOX Productions, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| EVOX PRODUCTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPARK LINES INC.,<br><br>　　　　Defendant. | No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT** |

　　　　Plaintiff EVOX Productions, LLC ("EVOX"), by and through its undersigned attorneys, alleges as follows:

### INTRODUCTION

　　　　1.　　Plaintiff EVOX brings this action to recover damages resulting from copyright infringements of photographic images by defendant Spark Lines Inc. ("Spark Lines") and to enjoin future infringements by Spark Lines of those copyrights. Spark Lines has reproduced, displayed, and otherwise misused hundreds of EVOX images without authorization.

### PARTIES

　　　　2.　　Plaintiff EVOX is a Delaware limited liability company with its principal place of business in Chino, California.

1

3. Defendant Spark Lines is a Wyoming corporation with its principal place of business in Riverdale, New Jersey.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action for the infringement of United States copyrights pursuant to 17 U.S.C. § 501 *et seq.* and 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Spark Lines because it is at home in this District and/or the exercise of personal jurisdiction over Spark Lines does not offend traditional notions of fair play and substantial justice.

6. Venue is proper in the District of New Jersey pursuant to 28 U.S.C. §§ 1391(b), 1391(d), and 1400(a) because (i) the acts of infringement and other alleged wrongful conduct occurred in the District, (ii) Spark Lines has sufficient connection with the District to make venue proper, and/or (iii) Spark Lines resides or may be found in the District.

## FACTS

### *EVOX*

7. EVOX creates and licenses high-quality, photographic digital images and computer-generated digital images of substantially all automobile makes and models commonly sold in the United States since model year 2000. EVOX is the leading creator of automotive image libraries ("AIL") in the United States, and its images are widely recognized as the best in its field. EVOX licenses others to access and use the copyrighted works in its AIL. EVOX closely controls the distribution, reproduction, display, and exhibition of its copyrighted works through licensing agreements. EVOX licenses its copyrighted works in packages, in other groupings, or on an individual "a la carte" basis.

8. EVOX owns the copyrights in many hundreds of thousands of unique photographic images distributed and displayed in digital form in its AIL, each with independent economic value, and has obtained Certificates of Copyright for these works. Each copyright registration includes multiple still images for the title automobile, including "Exterior Spins" and "Interior Panoramas" viewable through commonly available internet browsers with third-party software plug-ins such

as Flash or QuickTime. The federally registered copyrights and titles of works that Spark Lines has infringed by the acts complained of herein include, without limitation, the copyrights and titles listed on **Exhibit A** (the "Copyrighted Images").

9. EVOX possesses true and correct copies of Certificates of Copyright Registration for the Copyrighted Images at issue in this case.

10. EVOX has spent substantial time, money, and talent in connection with the production, development, and marketing of the Copyrighted Images.

### *Spark Lines's Wrongful Conduct*

11. Spark Lines is a seller of car accessories, including window deflectors, custom fit rubber mats, truck bed covers, hood protectors, running boards, and mud flaps.

12. As of the summer of 2022, Spark Lines caused at least 363 unique EVOX images to be displayed on its website www.sparklinesinc.com and in advertisements for products sold by Spark Lines. All of these EVOX images are subject to federally registered copyrights. Representative screenshots of Spark Lines' display of EVOX images on www.sparklinesinc.com website are attached hereto as **Exhibit B**.

13. The federally registered EVOX copyrights displayed on the website www.sparklinesinc.com are listed in Exhibit A. A certificate of registration has been issued with respect to each of those images. Certain certificates of registration cover more than one image infringed by Spark Lines.

14. Spark Lines' unlawful and unauthorized reproduction, distribution, display, and use of the Copyrighted Images has irreparably harmed EVOX. EVOX is without an adequate remedy at law to redress such harm.

15. EVOX now brings this action to recover damages resulting from Spark Lines' copyright infringements, and to enjoin future infringements of those copyrights by Spark Lines.

## CLAIM

### (Copyright Infringement, 17 U.S.C. § 501, *et seq.*)

16. EVOX repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 15, inclusive.

17. EVOX is the sole owner of the images in its AIL and of all corresponding copyrights and Certificates of Registration.

18. Spark Lines has infringed the copyrights in EVOX's images, including, but not limited to the copyrights listed in Exhibit A, by reproducing, distributing, and displaying the Copyright Images in the United States without approval or authorization from EVOX.

19. On information and belief, Spark Lines' conduct has been willful within the meaning of the Copyright Act.

20. As a result of its wrongful conduct, Spark Lines is liable to EVOX for copyright infringement. EVOX has suffered substantial losses from Spark Lines' infringement. EVOX is entitled to recover damages, which include its losses and all profits Spark Lines has made as a result of its wrongful conduct, pursuant to 17 U.S.C. § 504(b).

21. Alternatively, EVOX is entitled to statutory damages pursuant to 17 U.S.C. § 504(c). In addition, if the Court finds Spark Lines' infringement has been willful within the meaning of the Copyright Act, the award of statutory damages should be enhanced pursuant to 17 U.S.C. § 504(c)(2).

22. EVOX is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503. EVOX has no adequate remedy at law for Spark Lines' wrongful conduct because, among other things, (a) EVOX's copyrights are unique and valuable property and (b) Spark Lines' infringement harms EVOX's business reputation and goodwill such that EVOX could not be made whole by a monetary award alone.

23. EVOX is also entitled to recover its attorneys' fees and costs of suit pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff EVOX respectfully requests judgment as follows:

(1) That the Court enter judgment against Spark Lines finding that it has willfully infringed EVOX's rights in the copyrights listed in Exhibit A;

(2) That the Court enter temporary and permanent injunctive relief, pursuant to 17 U.S.C. § 502(a), enjoining and restraining Spark Lines, and any persons or entities controlled directly or indirectly by Spark Lines, from engaging in the following conduct:

    (a) reproducing, distributing, displaying, or making any other infringing uses of the images protected by the copyrights listed in Exhibit A;

    (b) modifying, altering, or incorporating copyright-protected elements of the Copyrighted Images protected by the copyrights listed in Exhibit A in new works;

    (c) making any infringing uses of images owned by EVOX;

    (d) assisting, aiding, or abetting any other person or entity in engaging or performing any of the activities referred to in subparagraphs (a), (b) and (c) above;

(3) That the Court enter an order, pursuant to 17 U.S.C. § 503 and 28 U.S.C. § 1651(a), impounding all infringing Copyrighted Images, and any related items, including business records, that are in Spark Lines' possession or under its control, and ordering the return, remedial destruction, or other appropriate disposition of all impounded items;

(4) That the Court enter an order, pursuant to 17 U.S.C. § 504(b), declaring that Spark Lines holds in trust, as constructive trustee for the benefit of EVOX, all profits received by Spark Lines from its infringing uses of the Copyrighted Images listed in Exhibit A, and requiring Spark Lines to provide EVOX with a full and complete accounting of all profits received by Spark Lines;

(5) That the Court order Spark Lines to pay, at EVOX's election, actual or statutory damages to EVOX:

    (a) actual damages suffered by EVOX as a result of Spark Lines' infringements and all profits of Spark Lines that are attributable to those infringements pursuant to 17 U.S.C. § 504(b); or

   (b)  statutory damages pursuant to 17 U.S.C. § 504(c);

 (6)  That the Court order Spark Lines, pursuant to 17 U.S.C. § 505, to pay full costs, including reasonable attorneys' fees, incurred by EVOX in prosecuting this action;

 (7)  That the Court order pre- and post-judgment interest on the amount of any award to EVOX; and

 (8)  That the Court grant to EVOX such other and additional relief as is just and proper.

DATED this 12th day of May, 2025.

**BAILEY DUQUETTE P.C.**

By: */s Hozaifa Y. Cassubhai*
Hozaifa Y. Cassubhai, No. 147452017
66 Elm Street, Suite 2
Westfield, NJ 07090
Telephone: (908) 315-0253
Fax: (866) 233-5869
hozaifa@baileyduquette.com

**ARETE LAW GROUP PLLC**

Jeremy E. Roller, Washington State Bar No. 32021
*Pro Hac Vice Motion Forthcoming*
600 University Street, Suite 2420
Seattle, WA 98101
Telephone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

*Attorneys for EVOX Productions, LLC*